THE PEOPLE OF THE STATE OF NEW YORK ex rel. INTERLAKEN REALTY COMPANY, Respondent, against GEORGE N. SCHMIEDEL, as Town Assessor, et al., Appellants. (1940 Assessment.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. INTERLAKEN REALTY COMPANY, Respondent, against GEORGE N. SCHMIEDEL, as Town Assessor, et al., Appellants. (1941 Assessment.) THE

PEOPLE OF THE STATE OF NEW YORK ex rel. INTERLAKEN REALTY COMPANY, Respondent, against GEORGE N. SCHMIEDEL, as Town Assessor, et al., Appellants. (1942 Assessment.) — Order confirming the report of a referee in three tax certiorari proceedings, tried together, and which reduced the assessment for tax purposes of certain real property of the relator, unanimously affirmed, with fifty dollars costs and disbursements. No opinion. Present — Close, P. J., Johnston, Adel, Lewis and Aldrich, JJ.